UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TENNESSEE

FILED BY ____ D.C.

05 SEP -2 PM 4: 19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

U.S.A. vs. Franzella Strong

Docket No. 2:03CR20483-03

## Petition on Probation and Supervised Release

**COMES NOW MARNIE KLYMAN, PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Franzella Strong who was placed on supervision by the Honorable Bernice B. Donald sitting in the Court at Memphis, TN, on the 4th day of January, 2005, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

(1)  The defendant shall submit a DNA Sample as directed by the Probation Officer.

(2)  The defendant shall pay $18,560.61 restitution. (Balance: $17,467.01)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

In order for this officer to effectively supervise and monitor this case, a Special Condition requiring the defendant to submit to mental health treatment as deemed appropriate is needed. She has signed **Probation Form 49/Waiver Of Hearing To Modify Conditions Of Probation**, adding the Special Condition of participation in mental health treatment as directed by the Probation Office.

**PRAYING THAT THE COURT WILL ORDER** that Franzella Strong's supervision be **MODIFIED** to include the Special Condition of participation in mental health treatment as directed by the Probation Office.

| ORDER OF COURT | RESPECTFULLY, |
|---|---|
| Considered and ordered this 2nd day of September, 2005, and ordered filed and made a part of the records in the above case.<br><br>Bernice B. Donald<br>United States District Judge | Marnie Klyman<br>MARNIE KLYMAN<br>United States Probation Officer<br><br>Place: Memphis, Tennessee<br><br>Date: 8-31-05 |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-8-05

(147)

PROB 49
(3/89)

# United States District Court

WESTERN District TENNESSEE

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modifications of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Defendant shall participate in a program which may include inpatient therapy for treatment of drug/alcohol dependency, including drug/alcohol testing to determine if you have reverted to the use of drugs/alcohol. You shall also abstain from the use of drugs/alcohol during and after the course of treatment.

The defendant shall participate in Mental Health Treatment as deemed necessary/directed by the U. S. Probation Office.

Witness: *[signature]*
MARNIE KLYMAN
U. S. Probation Officer

Signed: *[signature]*
FRANZELLA STRONG
Probationer/Supervised Releasee

8-24-05
Date

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 147 in case 2:03-CR-20483 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT